IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIDENT COMMUNICATIONS INC. | § | CASE NO.  00-37353-H4-7 |
| f/k/a USC TELECOM INC. | § | (Chapter 7) |
| Debtor | § | |

**APPLICATION TO DEPOSIT FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. §374(a)**

The undersigned Trustee reports:

_____    The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√    More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*.).

Dated:  October 6, 2011            Respectfully submitted,

By:    */s/ Pamela Gale Johnson*
       Pamela Gale Johnson
       Fed ID No. 4481
       State Bar No. 10777700
       1000 Louisiana, Suite 2000
       Houston, Texas 77002
       Telephone:  (713) 276-1664
       Facsimile:  (713) 751-1717

       **CHAPTER 7 TRUSTEE**

2

**EXHIBIT "A"**

Please Check One:

_____        Small Dividends

\_\_√\_\_        Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Raytheon Missile Systems Co.<br>P.O. Box 3890<br>Farmington, NM 87401 | 8 | $515.80 |
| | TOTAL: | $515.80 |

2

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the *Application to Deposit Funds into the Registry of the Court Under 11 U.S.C. § 374(a),* was sent to all registered ECF users in this case, otherwise, by U.S. first class mail, postage pre-paid to the parties listed below on this 6th day of October, 2011:

Debtor
Rident Communications Inc.
f/k/a USC Telecom Inc.
1250 Wood Branch Park Drive
Houston, Texas 77079-1212

Debtor's Attorney
John F. Higgins, IV
PORTER HEDGES LLP
1000 Main Street, Suite 3600
Houston, Texas 77002

U.S. Trustee
Judy A. Robbins
ATTN: Christine March, Trial Attorney
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

          */s/ Pamela Gale Johnson*
          Pamela Gale Johnson